CORA MORRIS V. THE STATE OF TEXAS.
MOLLIE WILLIAMS V. THE STATE OF TEXAS.

Proof by general reputation in the community that a house is kept for public
prostitution is sufficient to sustain a prosecution for keeping a disorderly
house.

APPEAL from Galveston.    Tried below before the Hon.
Sam. Dodge.

The defendants were each separately indicted for keep-
ing a house for the purpose of public prostitution.

On the trial twenty witnesses testified to the reputation
of the houses kept by the defendants; that it was bad,
and had the general reputation of being kept as houses
of public prostitution.

Verdict of guilty, with fine of $100 in one case and $200
in the other.    Motion for new trial overruled, and de-
fendants appealed.

No brief for either appellant.

*Attorney-General*, for the State.

WALKER, J.—These cases are submitted together, and
what we have to say in the one will apply to both.    We
think the proof of the character of a house which has

become notorious in a city, by general reputation, is suffi-
cient to establish the character of the house; and it is the
character which the house bears in the community which
forms the subject of inquiry.

The appellants in these cases can take nothing from the
bills of exceptions; they had everything to gain, and
nothing to lose, by the ruling of the court; and the court
ruled correctly, that the witnesses were not bound to
answer the question if it would degrade them. When
they declined answering the question, taking refuge be-
hind their privilege, it is very evident that if the court
had compelled them to answer, the answers would have
been damaging to the appellant.

The judgments of the District Court are affirmed.

AFFIRMED.